FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 05 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.    10-10939 |
| | ) | Chapter 13 |
| MICHAEL J. DOWNEY and | ) | |
| CONNIE L. DOWNEY | ) | |
| | ) | |
| Debtors | ) | |

**ORDER AWARDING "NON-BASE" FEES TO ATTORNEY FOR THE DEBTOR**

THIS CAUSE, coming on to be heard and being heard before the undersigned, United States Bankruptcy Judge, for the awarding of "non-base" attorney fees to Edward C. Hay, Jr. in the amount of $450.00 for representing the Debtors in regard to Motion for Relief From Stay filed by Kondaur Capital Corporation. The Court finds that the Attorney's fees requested are "non-base" fees as that term is defined by Local Rule of this Court and that the fees and expenses requested are reasonable. Accordingly,

IT IS ORDERED that Edward C. Hay, Jr., Attorney for the Debtors, be allowed an additional attorney's fee of $450.00. And it is further ORDERED that the Trustee is hereby directed to pay said fee from the proceeds of the Chapter 13 Plan and at the direction of the Court, and it is further ORDERED that the Chapter 13 Plan of the Debtors be, and it hereby is, modified to the extent necessary to accommodate the subject fee.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court