FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 09 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 10-10939 |
| | ) | Chapter 13 |
| MICHAEL J. DOWNEY | ) | |
| CONNIE L. DOWNEY | ) | |
| | ) | **ORDER MODIFYING PLAN** |
| Debtors. | ) | |
| | ) | |

The above-captioned matter coming before the undersigned Judge Presiding, United States Bankruptcy Court for the Western District of North Carolina, on the Debtors' Motion to Modify their Chapter 13 Plan, and it appearing to the Court that said Motion was duly filed and notice duly served on all parties, that no objections have been heard to the proposed Motion and that the Motion is otherwise allowable and in the best interest of the Debtors and the Bankruptcy Estate, IT IS, THEREFORE, ORDERED as follows:

1. The Debtors' Motion to Modify their Chapter 13 Plan to provide that the conduit payments and any pre-petition arrearages due to Kondaur Capital Corporation on any of its first or second mortgages be removed from the Debtors' Plan and the Plan be modified to provide for payments of $1,170.00 per month.

2. That Edward C. Hay, Jr. is granted the presumptive fee of $350.00 for representing the Debtor in this Motion to Modify their Plan.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court