FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 25 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Case No.: 10-10939 |
| ) | Chapter 13 |
| MICHAEL J. DOWNEY ) | |
| CONNIE L. DOWNEY, ) | |
|            Debtors ) | |
| _____ ) | |

### ORDER SETTING ASIDE ORDER GRANTING RELIEF FROM STAY

The above captioned matter having come on for hearing before the Undersigned Judge Presiding, United States Bankruptcy Court for the Western District of North Carolina, in Asheville, North Carolina, on August 16, 2011, for consideration of the Debtors' Motion to Reconsider this Court's Order of June 27, 2011, granting relief from the automatic stay to Kondaur Capital Corporation, and it appearing to the Court that the Debtors corresponded directly with the Court requesting that the Order be reconsidered, and the Court on its own Motion scheduled a hearing on the Debtors' request for August 16, 2011, and after having reviewed the matters of record in this proceeding, as well as the comments and arguments by the Debtors, it appears to the Court that the Debtors have raised a question regarding the wisdom of the prior Order, and that the Motion should be reheard, IT IS HEREBY ORDERED as follows:

1. This Court's Order of June 27, 2011, granting relief of the automatic stay to Kondaur Capital Corporation is hereby set aside.

2. The Court will rehear Kondaur Capital Corporation's Motion for Relief from Stay at 9:30 a.m. on September 20, 2011, in Asheville, North Carolina.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court